UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHRISTIAN L. JENNINGS,**

  Plaintiff,

v.                                             **No. 4:25-cv-0821-P**

**NAMAN, HOWELL, SMITH, & LEE, PLLC,**

  Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 20, 2025, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. FCR, ECF No. 18. The FCR recommended the Court dismiss all claims against Defendant with prejudice. ECF No. 18 at 1. Plaintiff filed an Objection to the FCR on October 20, 2025. Objection, ECF No. 19. The Court accordingly conducted a *de novo* review of the FCR and dismissed the claims on November 17, 2025. ECF Nos. 20, 21. Plaintiff has since filed an application to proceed on appeal *in forma pauperis*, which was referred to Judge Cureton. ECF Nos. 23, 24. Judge Cureton issued his Findings, Conclusions, and Recommendations on December 1, 2025, recommending that Plaintiff's application for leave to proceed IFP on appeal. ECF No. 27. Plaintiff objected on December 2, 2025. ECF No. 28.

As detailed below, after conducting a *de novo* review of Judge Cureton's analysis and the Plaintiff's objections, the Court will **DISMISS without prejudice** Plaintiff's IFP application on appeal, **ADOPT** the reasoning in the Magistrate Judge's FCR and **OVERRULE** Plaintiff's Objections.

### LEGAL STANDARD

To proceed IFP on appeal, Plaintiff, must show that he is a pauper and that he will raise a nonfrivolous issue on appeal. *See Jackson v.*

*Dallas Police Dep't*, 811 F.2d 260, 261 (5th Cir. 1986) (cleaned up). In doing so, Plaintiff must comply with Federal Rule of Appellate Procedure 24(a)(1) and file an affidavit asking for information about his appeal including his financial status. *See* Fed. R. App. P. 24(a)(1)(A)-(C). And in doing so, Plaintiff must demonstrate that his appeal will raise a nonfrivolous issue.

## ANALYSIS

As likewise explained by Judge Cureton, Plaintiff has not demonstrated that he will raise a nonfrivolous issue on appeal and has failed to comply with Federal Rule of Appellate Procedure 24(a)(1) by not filing information demonstrating his inability to pay on appeal. Plaintiff's objections in no way alter this analysis.

## CONCLUSION

Having conducted a *de novo* review of the Magistrate Judge's FCR and Plaintiff's Objections, the Court **DISMISSES without prejudice** Plaintiff's IFP application on appeal, **ADOPTS** the reasoning in the Magistrate Judge's FCR, and **OVERRULES** Plaintiff's Objections.

**SO ORDERED** on this **9th day of January 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE